154 A.3d 651

AMERICAN FEDERATION OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES ("AFSCME") MARYLAND
COUNCIL 3 and AFSCME Local 1072

v.

UNIVERSITY OF MARYLAND, COLLEGE PARK

No. 59, Sept. Term, 2016

Court of Appeals of Maryland.

February 17, 2017

David Gray Wright (Kahn, Smith & Collins, P.A. of Baltimore, MD), on brief, for Petitioners.

Matthew J. Fader, Asst. Atty. Gen. (Erik J. Delfosse, Asst. Atty. Gen., Brian E. Frosh, Atty. Gen. of Maryland of Baltimore, MD), on brief, for Respondent.

Barbera, C.J., Greene, Adkins, McDonald, Watts, Hotten, and Getty, JJ.

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 17th day of February, 2017,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed as being moot.